UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD AVILA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:19-00613 JVS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated January 4, 2021 [Dkt. No. 67], of the assigned United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　　The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 67], is accepted;

2. Defendants' Motions to Dismiss [Dkt. Nos. 43, 53] are granted;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: 2/10/21

_____
THE HONORABLE JAMES V. SELNA
United States District Judge