JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDWARD AVILA, | Case No. 8:19-00613 JVS (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 2/10/21

_____
THE HONORABLE JAMES V. SELNA
United States District Judge